**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JORGE ANDRADE RALDA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-572-G** |
| | ) | |
| **UNITED STATES DISTRICT COURT et al.,** | ) | |
| | ) | |
| **Respondents.**[1] | ) | |

# ORDER

On March 23, 2026, Petitioner Jorge Andrade Ralda filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On June 5, 2026, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 17), in which he recommended this action be dismissed as moot. *See id.* at 6; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Stephens advised the parties of their right to object to the R. & R. by June 12, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

---

[1] Todd Blanche, Acting United States Attorney General, is hereby substituted as respondent for Pamela Bondi pursuant to Rules 25(d) and 81(a)(4) of the Federal Rules of Civil Procedure.

The R. & R. was mailed to Petitioner at his address of record and returned as undeliverable. *See* Doc. Nos. 1-1, 19; *see also* LCvR 5.4. As of this date, no party has submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 17) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge